

FILED

08/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0030

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0030

WALTER STEWART, JR.,

    Plaintiff and Appellant,

v.

BRANDON HARTFORD, individually and d/b/a
HARTFORD LAW OFFICE, BRIELLE
GOFFENA, individually and d/b/a BRANCH
MANAGER FOR FIRST INTERSTATE BANK,
VALERIE IRON, and JOHN DOE AND JANE
DOE, the true names presently unknown,

    Defendants and Appellees.

FILED

AUG 1 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Through counsel, Appellee Brielle Goffena, individually, and as Branch Manager for First Interstate Bank (hereinafter Goffena), has filed a Motion to Dismiss because no opening brief has been filed in this appeal. Goffena points out that self-represented Appellant Water Stewart, Jr. had until July 13, 2020, to file such brief after this Court granted him an extension of time. As of July 24, 2020, Goffena states that no opening brief has been filed.

Accordingly, in light of this motion pursuant to M. R. App. P. 13(3),

IT IS ORDERED that Goffena's Motion to Dismiss is GRANTED, and this appeal is DISMISSED with prejudice.

The Clerk is directed to provide a copy of this Order to counsel of record and to Walter Stewart, Jr. personally.

DATED this 12 day of August, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices